UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------- X
:
IN RE: COMBINED WORLD TRADE CENTER AND LOWER :
MANHATTAN DISASTER SITE LITIGATION (STRADDLER : 21 MC 103 (AKH)
PLAINTIFFS) :
:
---------------------------------------------------------------------------------- X
:
ROSALIA VINTIMILLA (AND HUSBAND, VICENTE), : 08-CV-2317 (AKH)
:
                Plaintiffs, :
:
-against- :
:
ON-SITE: :
7 WORLD TRADE COMPANY, L.P.; A RUSSO WRECKING, : **FGP 90 WEST STREET,**
INC.; ABM INDUSTRIES, INC.; ABM JANITORIAL : **INC.'S NOTICE OF**
NORTHEAST, INC.; AMEC CONSTRUCTION MANAGEMENT, : **ADOPTION OF ANSWER TO**
INC.; AMEC EARTH & ENVORNMENTAL, INC.; ANTHONY : **MASTER COMPLAINT**
CORTESE SPECIALIZED HAULING LLC; ATLANTIC HEYDT :
CORP.; BECHTEL ASSOCIATES PROFESSIONAL :
CORPORATION; BECHTEL CONSTRUCTION, INC.; BECHTEL :
CORPORATION; BECHTEL ENVIRONMENTAL, INC.;BERKEL :
& COMPANY, CONTRACTORS, INC.; BIG APPLE WRECKING :
& CONSTRUCTION CORP; BOVIS LEND LEASE LMB, INC.; :
BREEZE CARTING CORP.; BREEZE NATIONAL INC.; BRER- :
FOUR TRANSPORTATION CORP.; BURO HAPPOLD :
CONSULTING ENGINEERS, P.C; C.B. CONTRACTING CORP; :
CANRON CONSTRUCTION CORP.; CORD CONTRACTING :
CO., INC.; DAKOTA DEMO-TECH ; DIAMOND POINT :
EXCAVATING CORP ; DIEGO CONSTRUCTION, INC.; :
DIVERSIFIED CARTING, INC.; DMT ENTERPRISE, INC :
D'ONOFRIO GENERAL CONTRACTORS CORP.; EAGLE :
LEASING & INDUSTRIAL SUPPLY, INC.; EAGLE ONE :
ROOFING CONTRACTORS INC; EJ DA VIES, INC.; EN-TECH :
CORP.; EVERGREEN RECYCLING OF CORONA(EROC); :
EWELL W. FINLEY, P.C; EXECUTIVE MEDICAL SERVICES, :
P.C; FLEET TRUCKING, INC.; FRANCIS A. LEE EXTERIOR :
RESTORATION, INC.; FTI TRUCKING, INC.; GILSANZ, :
MURRAY, & STEFICEK, LLP, GOLDSTEIN ASSOCIATES :
CONSULTING ENGINEERS, PLLC; HALLEN WELDING :
SERVICE, INC.; H.P. ENVIRONMENTAL; KOCH SKANSKA :
INC; LAQUILA CONSTRUCTION INC.; LASTRADA GENERAL :
CONTRACTING CORP.; LESLIE E. ROBERTSON :
ASSOCIATES CONSULTING ENGIINEERS P.C; LIBERTY :
MUTUAL GROUP; LOCKWOOD, KESSLER & BARTLETT, :
INC.; LUCIUS PITKIN, INC.; LZA TECH-DIV OF THORTON :
TOMASETTI; MANAFORT BROTHERS INCORPORATED; :

| | |
|---|---|
| MAZZOCCHI WRECKING, INC; HUDSON MERIDIAN CONSTRUCTION GROUP, LLC F/K7A MERIDIAN CONSTRUCTION CORP.; MORETRENCH AMERICAN CORP.; MRA ENGINEERING, PC;MUESER RUTLEDGE CONSULTING ENGINEERS, INC; NACIREMA INDUSTRIES INCORPORATED; NEW YORK CRANE & EQUIPMENT CORP.; NICHOLSON CONSTRUCTION COMPANY; PETER SCALAMANDRE & SONS, INC.; PINNACLE ENVIRONMENTAL CORP.;PLAZA CONSTRUCTION CORP.; PRO SAFETY SERVICES LLC; PT & L CONTRACTING CORP.; ROBER SILMAN ASSOCIATES; ROBERT L GEROSA, INC; RODAR ENTERPRISES, INC.; ROYAL GM, INC; SAB TRUCKING INC; SAFEWAY ENVIRONMENTAL CORP.; SEASONS INDUSTRIAL CONTRACTING; SEMCOR EQUIPMENT & MANUFACTURING CORP.; SILVERITE CONTRACTING CORPORATION; SIMPSON GUMPERTZ & HEGER INC.; SKIDMORE, OWING & MERRILL LLP; SURVIVAIR; TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN; TISHMAN CONSTRUCTION CORPORATION OF NEW YORK; TISHMAN INTERIORS CORPORATION; TISHMAN SPEYER PROPERTIES; THORTON-TOMASETTI GROUP, INC.; TORRETTA TRUCKING, INC.; TOTAL SAFETY CONSULTING, L.L.C; TUCCI EQUIPMENT RENTAL CORP.; TULLY CONSTRUCTION CO., INC; TURNER CONSTRUCTION COMPANY; ULTIMATE DEMOLITION/CS HAULING (JOINT VENTURE); VOLLMER ASSOCIATES LLP.; WEEKS MARINE, INC.; WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C; WHITNEY CONTRACTING INC; WOLKOW-BRAKER ROOFING CORP.; WORLD TRADE CENTER PROPERTIES LLC; WSP CANTOR SEINUK; YANNUZZI & SONS, INC; YONKERS CONTRACTING COMPANY, INC.; YORK HUNTER CONSTRUCTION, LLC; ZIEGENFUSS DRILLING, INC., OFF-SITE: 120 BROADWAY CONDOMINIUM (CONDO #871), 120 BROADWAY HOLDINGS, LLC, 120 BROADWAY PROPERTIES, LLC, 120 BROADWAY, LLC, 222 BROADWAY, LLC, 90 CHURCH STREET LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC D/B/A BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOARD OF MANAGERS OF THE 120 BROADWAY CONDOMINIUM (CONDO #871), BOARD OF MANAGERS OF THE HUDSON VIEW EAST CONDOMINIUM, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP., CHASE MANHATTAN BANK CORPORATION, CITIBANK, NA, CUSHMAN & WAKEFIELD, INC., DEPARTMENT OF | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

| | |
|---|---|
| BUSINESS SERVICES, DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., FGP 90 WEST STREET INC., GPS ENVIRONMENTAL CONSULTANTS, INC, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON VIEW EAST CONDOMINIUM, HUDSON VIEW TOWERS ASSOCIATES, INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., KIBEL COMPANIES MERRILL LYNCH & CO, INC., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK TELEPHONE COMPANY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE WALL STREET HOLDINGS, LLC, R Y MANAGEMENT CO., INC, RY MANAGEMENT, SILVERSTEIN PROPERTIES, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC, THE BANK OF NEW YORK COMPANY, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TOSCORP INC, TRIBECA LANDING L.L.C., TUCKER ANTHONY, INC., TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, INC, UBS FINANCIAL SERVICES, INC. F/K/A SWISS BANK CORPORATION, VERIZON NEW YORK, INC, WESTON SOLUTIONS, INC., WFP TOWER A CO., WFP TOWER A CO. GP. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I LP., WFP TOWER D HOLDING CO. II LP., WFP TOWER D HOLDING I G.P. CORP., AND WFP TOWER D. CO., LP., ET AL | : : : : : : : : : : : : : : : : : : : : : : : : : : : |
| Defendants. | : : |

---------------------------------------------------------------------------------  X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the matter captioned *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH), hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in that matter. To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off

Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York.
July 28, 2008

By: ___s/ Keara M. Gordon___
Keara M. Gordon
Michael D. Hynes
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Facsimile: (212) 335-4501
keara.gordon@dlapiper.com

Robert J. Mathias (admitted *pro hac vice*)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000
Fax: (410) 580-3001

*Attorneys for Defendant*
*FGP 90 West Street, Inc.*